THOMAS BUONO, Appellant, *v.* STEWART MOTOR TRUCKS, INC., Respondent, et al., Defendants.

Submitted February 28, 1944; decided April 13, 1944.

*Joseph M. Schwartz* for appellant.

*Arthur K. Wing, George S. Wing, James G. Purdy* and *John H. Brogan* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that questions of fact were presented for determination by the jury as to negligence, contributory negligence and the liability of the defendant-respondent under the decision of this court in *Reese* v. *Reamore* (292 N. Y. 292), decided herewith. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.